IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 1:19-CR-00269-LJO |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | **APPOINTING COUNSEL** |
| vs. | ) | |
| | ) | |
| JOSEPH L. BATES, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has attested as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him/her. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS:**

1. Monica Bermudez is appointed to represent the above defendant in this case effective *nunc pro tunc* to December 17, 2019. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: **December 20, 2019**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL    1