| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | CHRISTINA M. CORCORAN, NY Bar #5118427 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 487-5561 |
| 5 | Attorneys for Defendant |
| | JOSEPH L. BATES |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00269-NONE-SKO |
| Plaintiff, | |
| vs. | STIPULATION AND ORDERTO CONTINUE STATUS CONFERENCE |
| JOSEPH L. BATES, | Date: June 29, 2020 |
| Defendant. | Time: 1:00 p.m. |
| | Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, THOMAS M. NEWMAN, Assistant United States Attorney, counsel for plaintiff, and CHRISTINA M. CORCORAN, Assistant Federal Defender, counsel for defendant Joseph L. Bates, that the status conference scheduled for March 2, 2020 may be continued to June 29, 2020, at 1:00 p.m.

To-date, the parties have been engaged in litigation pertaining to the issue of detention, which was only recently resolved. The parties now require additional time to exchange and review supplemental discovery and engage in plea negotiations. Furthermore, defense counsel has recently been assigned cases that include obligations in Bakersfield on March 2nd and 3rd.

The parties agree that time should be excluded through June 29, 2020 because there is good cause for the requested continuance and the ends of justice outweigh the interest of the public and the defendant in a speedy trial. Specifically, the parties agree that this continuance is

necessary for several reasons, including but not limited to, the need to permit time for the parties to exchange supplemental discovery, engage in plea negotiations, and for the defense to continue its investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                  Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

DATED: February 26, 2020             */s/ Thomas M. Newman*
                                                    Thomas M. Newman
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff

                                  HEATHER E. WILLIAMS
                                  Federal Defender

DATED: February 26, 2020             */s/ Christina M. Corcoran*
                                                    Christina M. Corcoran
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    Joseph L. Bates

**ORDER**

IT IS ORDERED that the status hearing is continued from March 2, 2020, at 1:00 p.m. until June 29, 2020, at 1:00 p.m.

IT IS FURTHER ORDERED THAT the period of time from March 2, 2020, through June 29, 2020, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i) and (iv), because it results from a continuance on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: __**February 26, 2020**__   /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE