HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #5118427
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSEPH L. BATES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSEPH L. BATES,<br><br>        Defendant. | Case No. 1:19-cr-00269-NONE-SKO<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney THOMAS M. NEWMAN, counsel for plaintiff, and Assistant Federal Defender CHRISTINA M. CORCORAN, counsel for defendant Joseph L. Bates, that Mr. Bates' conditions of release be modified to remove the location monitoring and curfew requirements (Dkt. # 31 at 2, condition 7(m)).

On February 10, 2020, Mr. Bates was granted pretrial release on conditions including location monitoring with a curfew requirement. *See* Dkt. #31 at 2. Over the last six months, Mr. Bates has been in full compliance with all of the conditions of his release, including the location monitoring requirements. As such, Mr. Bates' supervising Pretrial Services Officer, Frank Guerrero, recommended the proposed modification. The government also supports the modification.

In light of the above, the parties request that the above conditions be modified to delete condition 7(m). All other previously imposed terms and conditions remaining in full force and effect.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: August 24, 2020

*/s/ Thomas M. Newman*
THOMAS M. NEWMAN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 24, 2020

*/s/ Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
JOSEPH L. BATES

Bates – Order and Stipulation
to Modify Conditions of Release

-2-

**O R D E R**

Pursuant to the parties' stipulation, the Court hereby modifies the Order Setting Conditions of Pretrial Release for Joseph L. Bates [Dkt. # 31] to remove condition 7(m).  All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated:   **August 24, 2020**

UNITED STATES MAGISTRATE JUDGE