HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, NY Bar #5118427
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JOSEPH L. BATES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH L. BATES,<br><br>Defendant. | Case No. 1:19-cr-00269-NONE-SKO<br><br>**REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Joseph L. Bates, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

///

///

///

DATED: August 21, 2020      /s/ Joseph L. Bates
                            JOSEPH L. BATES
                            Defendant


DATED: August 21, 2020      /s/ Christina M. Corcoran
                            CHRISTINA M. CORCORAN
                            Assistant Federal Defender
                            Attorney for JOSEPH L. BATES


**O R D E R**

GOOD CAUSE APPEARING,

**IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive proceedings consistent with Fed. R. Crim. P. 43(b)(3) until further order of the Court.


IT IS SO ORDERED.

Dated:   **August 24, 2020**              /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE

Bates: Rule 43 Waiver