HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, Bar #344683
Assistant Federal Defender
Officer of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSEPH L. BATES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00269-JLT-SKO-1 |
|---|---|
| Plaintiff, | DEFENDANT'S MOTION TO EXONERATE BOND; AND ORDER |
| vs. | |
| JOSEPH L. BATES, | |
| Defendant. | |

Defendant Joseph L. Bates hereby moves this Court to exonerate the bond that was posted in this matter on February 24, 2020, pursuant to Rule 46 of the Federal Rules of Criminal Procedure. *See* Dkt. #s 28 and 29.

On March 10, 2020, the district court granted Mr. Bates' motion to revoke the order of detention. *See* Dkt. # 23 (motion to revoke); Dkt. # 27 (hearing minutes); Dkt. # 30 (Appearance and Compliance Bond); Dkt # 31 (Order Setting Conditions of Release).  In relevant part, the Court ordered Mr. Bates released on a $3,000 bond secured by the posting of two vehicle pink slips. Dkt. # 27, 30, 31.  The pink slips were provided to the clerk's office by undersigned counsel, on Mr. Bates' behalf, on February 24, 2020. *See* Dkt. #28 and #29.

| 02/24/2020 | 28 | COLLATERAL RECEIVED as to Joseph L. Bates: Certificate of Title - Pink Slip from Federal Defender C. Corcoran, for a 1999 Ford, CA LP# 8Y92358 VIN# 1FTNF20L9XEB54164. (Marrujo, C) (Entered: 02/24/2020) |
|---|---|---|

| 02/24/2020 | 29 | COLLATERAL RECEIVED as to Joseph L. Bates: Notarized Lien of Release from Federal Defender C. Corcoran, for a 2008 Nissan Altima, VIN# 1N4BL21E78N457110 (no LIC #). (Marrujo, C) (Entered: 02/24/2020) |
|---|---|---|

Mr. Bates remained out of custody for nearly three years without violating the terms of his pretrial release. Though there was some litigation as to alleged pretrial violations during the pendency of the case, the government ultimately dismissed any allegations. *See* Dkt. # 106 (granting government motion to dismiss pretrial violation petition and motion to revoke).

On January 31, 2023, Mr. Bates entered a plea agreement, and, on June 20, 2023, this Court sentenced him to serve 36 months in custody, with a term of 36 months of supervised release to follow. *See* Dkt. # 199 (plea agreement); Dkt. # 124 (sentencing hearing minutes). The Bureau of Prisons' inmate locator confirms that Mr. Bates is currently serving his sentence at Sacramento RRM. Mr. Bates's Register Number is 78748-097.

Since Mr. Bates is no longer on pretrial release and thus no conditions remain to be satisfied, it is requested that the Court exonerate the bond and order the return of the certificates of title to their owners, Mack and Barbara Ward, pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 11, 2025

*/s/Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
JOSEPH L. BATES

///
///
///
///

**ORDER**

The Court finds that Joseph L. Bates has complied with the conditions of his bond and that no conditions remain to be satisfied. IT IS HEREBY ORDERED that the Clerk of the Court exonerate the bond in the above-captioned case and return the certificates of title to their owners, whose mailing address is on file with the Office of the Federal Defender.

IT IS SO ORDERED.

Dated: __March 12, 2025__    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE